Argued and submitted November 23, 1992, affirmed December 29, 1993,
reconsideration denied April 13, petition for review pending 1994

In the Matter of the Compensation of
Susan C. Brand, Claimant.

Susan C. BRAND,
*Petitioner,*

*v.*

GOOD SAMARITAN HOSPITAL
and SAIF Corporation,
*Respondents.*

(WCB 90-19883; CA A73686)

865 P2d 505

Karen M. Werner argued the cause for petitioner. With her on the brief were Gary D. Allen and Emmons, Kropp, Kryger, Alexander, Egan & Allen.

Steve Cotton, Special Assistant Attorney General, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Affirmed. *Hathaway v. Health Future Enterprises*, 125 Or App 549, 865 P2d 503 (1993).